Hillsborough,  }
May 2, 1922.  }

### MERRIMACK COUNTY *v.* HILLSBOROUGH COUNTY.

Under P. S., c. 85, s. 9, as amended by Laws 1903, c. 67, s. 3, the county in which a county pauper has last resided for one year in the last five is chargeable for relief and not another county which had previously furnished him relief during a residence therein of less than three months.

PETITION, praying the court to revise the judgment of the county commissioners of Hillsborough county rejecting the claim of Merrimack county for relief furnished a pauper. The pauper moved to Merrimack county in 1914 and resided there until July, 1918, when she moved to Hillsborough county, where she resided until November of that year. She then moved to Cheshire county where she resided until January, 1919, when she came to Manchester to visit relatives. While there, she applied to the county for relief and was given two dollars. She left Manchester in a few days and went to Warner and applied to Merrimack county for relief, and was supported by that county until some time in December, 1919.

The court, *Allen*, J., transferred the question of the liability of Hillsborough county for the support of the pauper without a ruling, from the September term, 1921, of the superior court.

*Herbert W. Rainie*, solicitor (by brief and orally), for the plaintiff.

*George I. Haselton*, solicitor, for the defendant.

YOUNG, J. Merrimack is the county in which the pauper had last resided for one year, in the last five, at the time she applied to it for relief; consequently it was chargeable with her support notwithstanding she had been aided by Hillsborough county within a year; for she had not resided in that county for three months at the time the relief was furnished. P. S., c. 85, s. 9, as amended by Laws 1903, c. 67, s. 3.

In other words, as Hillsborough county might have recovered from Merrimack county the money it gave the pauper, she had not been aided by that county within one year, within the meaning of that term as used in *s.* 9, when she applied to Merrimack county for relief.

*Petition dismissed.*

All concurred.